UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY M. MURPHY<br><br>  Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>  Defendant | Civil No. C05-1663-RSL<br><br><br><br><br>ORDER |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be remanded for further administrative proceedings. On remand, the Administrative Law Judge (ALJ) will attempt to clarify the opinion of W. Saunders, M.D. The ALJ will also reassess the severity of Plaintiff's alleged depression and bipolar disorder; consider Plaintiff's obesity and resulting limitations in accordance with Social Security Ruling 02-01p; further consider the opinion of Dr. Hakeman; and reassess Plaintiff's residual functional capacity. The ALJ will also clarify whether Plaintiff's work as a transportation technician was performed at

Page 1     ORDER- [C05-1663-RSL]

the substantial gainful activity level so as to constitute past relevant work, and obtain vocational expert testimony.

       This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings.  See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

       DATED this 3rd day of May, 2006.

                                                                          /s/ Robert S. Lasnik  
                                                              Robert S. Lasnik  
                                                              United States District Judge

Recommended for Entry  
this 11th day of April, 2006:

  /s/Monica J. Benton  
MONICA J. BENTON  
United States Magistrate Judge

Presented by:

s/ CAROL A. HOCH   WSB # 9289  
Special Assistant U.S. Attorney  
Attorney for Defendant  
Office of the General Counsel  
701 Fifth Ave, Ste 2900, M/S 901  
Phone:  206-615-2684  
Fax:     206-615-2531  
carol.a.hoch@ssa.gov

Page 2    ORDER- [C05-1663-RSL]