UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY MARINA MURPHY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. C05-1663-RSL <br><br> ORDER |

Plaintiff has filed a motion for attorney's fees, expenses and costs to be paid by the Defendant pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (the "EAJA") and 28 U.S.C. § 1920 in the amount of $5,364.86 in attorney's fees, $23.00 in expenses, and $66.85 in costs, for a total amount of $5,454.71. Defendant filed a response, stating that she has no objection to Plaintiff's request. (Dkt. #25).

The Court finds that Plaintiff's request for attorney's fees, costs and expenses in the amount of $5,454.71 pursuant to the EAJA is reasonable in light of the work performed and the result achieved.

//

//

ORDER - 1

It is therefore ORDERED that Plaintiff's motion (Dkt. #23) is GRANTED and Plaintiff's counsel is awarded attorney's fees in the amount of $5,364.86, expenses in the amount of $23.00, and costs in the amount of $66.85 pursuant to the EAJA.

DATED this 2nd day of August, 2006.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

RECOMMENDED FOR ENTRY
this 1st day of August, 2006:

/s/Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge

ORDER - 2